AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

November 12, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JL_____
DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas ☑

| | |
|---|---|
| United States of America<br>v.<br>LUIS ANGEL MARTINEZ | ) ) ) ) ) ) ) ) |

Defendant(s)

Case No.  **1:24-mj-798-ML**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    1/23/2024 through 5/1/2024    in the county of    Burnet    in the
Western    District of    Texas    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 2243(c) | Sexual abuse of an individual in federal custody |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Gregory Scott Bostic, FBI Special Agent
_____
Printed name and title

Sworn telephonically and signed electronically

Date:    11/12/2024

_____
Judge's signature

City and state:    Austin, Texas

Hon. Mark Lane, U.S. Magistrate Judge
_____
Printed name and title

**United States District Court**
**Western District of Texas**
**Austin Division**

| | | |
|---|---|---|
| **United States of America,** | § | |
| | § | |
| **Plaintiff.** | § | |
| | § | |
| **v.** | § | |
| | § | Criminal No. **1:24-mj-798-ML** |
| **LUIS ANGEL MARTINEZ,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

## <u>Affidavit in Support of Criminal Complaint</u>

I, Gregory Scott Bostic, being duly sworn, depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed since February 2010. I am currently assigned to the San Antonio Field Office, Austin Resident Agency, Austin, Texas. I am currently assigned to domestic terrorism squad where my responsibilities include enforcing federal criminal statutes, including investigations involving civil rights violations, hate crimes, and investigations involving the color of law program.

2. This affidavit is submitted in support of a criminal complaint against Defendant Luis Angel MARTINEZ; year of birth 1994, for violations of Title 18, United States Code, Sections 2243(c) sexual abuse of an individual in federal custody.

3. In particular, as set forth below, there is probable cause to believe that MARTINEZ, while acting in his capacity as a federal law enforcement officer[1], knowingly engaged in sexual

---

[1] MARTINEZ is classified as a federal officer based on Burnet County Jail being under US DOJ contract to house and maintain federal prisoners during the inmate's federal court process.

acts with K.H., whom at the time was under the supervision of MARTINEZ while in detention within the Burnet County Jail (BCJ) as a federal prisoner.

4.      This affidavit is based on my personal knowledge, as well as reports made by other FBI personnel, law enforcement personnel with the Burnet County Sherriff's Office, and BCJ personnel. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of the Complaint, it does not contain every fact known to me or other law enforcement officers.

## Facts

5.      On May 15, 2024, law enforcement officials with the Burnet County Sherriff's Office received notification from the Burnet County Jail (BCJ) that they received information from a former inmate that MARTINEZ was engaging in sexual intercourse with a federal inmate, specifically K.H., while on duty. This information led to a review of telephone calls in/out from K.H. which identified telephone number 254-356-4044 (4044).

6.      On May 16, 2024, a law enforcement review of calls associated with K.H. identified numerous recorded conversations, also commonly referred to as jail calls, between K.H. and a male, later identified as MARTINEZ.

7.      The reviewed jail calls between K.H. and MARTINEZ began around January 23, 2024, and consisted of K.H. and MARTINEZ discussing personal relationships, family, and employment. The two also expressed in multiple occasions how they missed the other and were eager to engage in sexual intercourse. The personal and family information was compared to MARTINEZ's personnel file confirming MARTINEZ was discussing his personal information.

8.      As the jail calls between K.H. and MARTINEZ continued, they became more graphic and involved sexually explicit conversations, also referred to as phone sex. The explicit conversations detailed what they enjoyed doing to each other and how they enjoyed having sexual

AFFIDAVIT                                                                                                    **Page 2**

intercourse with each other, both oral and vaginal.

9.  Examples of above-mentioned conversations between K.H. and MARTINEZ are summarized below:

a.  January 23, 2024 - K.H. asks MARTINEZ what he is going to do on his days off, wherein he informs K.H. he has two jobs, the second one being a bartender. K.H. tells MARTINEZ she misses him, and MARTINEZ says he misses her too.

b.  March 18, 2024 - K.H and MARTINEZ discuss a previous sexual encounter they had. K.H. advised that MARTINEZ kept sticking his finger in her mouth and saying "shhhh" but K.H. kept making noise.

10.  On May 30, 2024, FBI and Burnet County Sherriff's Office law enforcement personnel conducted an interview of V.P., whom at the time was being detained at BCJ. V.P. related that she had been at BCJ for a few years and was very close to getting transferred to another facility. V.P. stated that while she has been an inmate BCJ she has had an ongoing relationship with MARTINEZ. According to V.P., the relationship was sexual in nature but had not yet become physical. The sexual interactions were completed through telephonic conversation, which occurred about five (5) times per week.

11.  A review of BCJ collected telephone conversations pertaining to V.P. revealed numerous conversations between V.P. and MARTINEZ. Below details some pertinent telephone conversations:

a.  April 15, 2024 - V.P. tells MARTINEZ that he is crazy and asks why she is hearing "all this shit". V.P. also informs MARTINEZ that she heard MARTINEZ has a girlfriend, and that MARTINEZ is "fucking with someone that he works with".

b.  April 16, 2024 – MARTINEZ informs V.P. that he was walking around the house

naked, and V.P. responded that she was imagining his penis swinging around while he walks. MARTINEZ then tells V.P. that he was looking at a picture of V.P. without a shirt on last night and that the "when the next opportunity comes, you better take it".

12.    On May 30, 2024, FBI and Burnet County Sherriff's Office law enforcement personnel conducted an interview of MARTINEZ. MARTINEZ admitted to having a sexual relationship with K.H. while she was being detained at BCJ as a federal inmate. MARTINEZ stated the relationship was both verbal and physical in nature. While on-duty, MARTINEZ engaged in sexual intercourse with K.H. approximately three (3) to five (5) times. The sexual encounters between MARTINEZ and K.H. were oral and vaginal. MARTINEZ acknowledged during the interview with law enforcement officials that he knew sexual contact with inmates at BCJ, including K.H., was a violation of law and BCJ procedure.

13.    On July 17, 2024, FBI conducted an interview of K.H. wherein she corroborated the information provided by MARTINEZ. K.H. related that while she was being detained at BCJ, she and MARTINEZ maintained a sexual relationship. MARTINEZ initiated the sexual contact with K.H., with the first sexual encounter occurring in K.H.'s cell. K.H. and MARTINEZ had vaginal and oral sex while K.H. was being detained at BCJ. The last sexual contact occurred in either April or May 2024, shortly before K.H.'s transfer to a different detention facility.

### Conclusion

14.    Based on the foregoing, there is probable cause to believe that Defendant Luis Angel MARTINEZ committed the offenses set forth in the attached Criminal Complaint.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/

Gregory Scott Bostic
Special Agent
Federal Bureau of Investigation
Austin, Texas

Sworn to me by telephone under Rule 4.1 of the Federal Rules of Criminal Procedure on this _____12th_____ day of November 2024.

_____
UNITED STATES MAGISTRATE JUDGE