UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00265(1)-ADA |
| | § | |
| (1) LUIS ANGEL MARTINEZ | § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed May 20, 2025, wherein the defendant (1) LUIS ANGEL MARTINEZ waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) LUIS ANGEL MARTINEZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) LUIS ANGEL MARTINEZ's plea of guilty to Count One (1) is accepted.

Signed this 3rd day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE